| | |
|---|---|
| 1 | KAREN S. FRANK (No. 130887) |
|   | SIMON J. FRANKEL (No. 171552) |
| 2 | HOWARD RICE NEMEROVSKI CANADY FALK & |
|   |     RABKIN |
| 3 | A Professional Corporation |
|   | Three Embarcadero Center, 7th Floor |
| 4 | San Francisco, California  94111-4024 |
|   | Telephone:     415/434-1600 |
| 5 | Facsimile:     415/217-5910 |

Attorneys for Plaintiffs
BROADCAST MUSIC, INC. et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BROADCAST MUSIC, INC. et al., | No. C-04 3121 PJH (JCS) |
|---|---|
| Plaintiffs, | Action Filed:  July 30, 2004 |
| v. | STIPULATED MOTION FOR |
|   | VOLUNTARY DISMISSAL |
| UGUR, INC. d/b/a SPIEDO RISTORANTE and HAMDI UGUR, individually, | AND ORDER |
| Defendants. | |

Stipulation for Voluntary Dismissal

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Broadcast Music, Inc. et al. and Defendants Ugur, Inc. d/b/a Spiedo Ristorante and Hamdi Ugur, by and through their respective counsel, hereby agree and stipulate to the dismissal, with prejudice, of this action, including all claims, pursuant to the parties' settlement. Each party shall bear its own costs and attorneys fees.

The parties request that the Court retain jurisdiction through February 2006 for the limited purpose of entering a Stipulated Judgment Upon Consent, in the event of the Defendants' default under the terms of a Settlement Agreement between the parties.

DATED: April ___, 2005.

>
> KAREN S. FRANK
> SIMON J. FRANKEL
> HOWARD RICE NEMEROVSKI CANADY FALK &
>     RABKIN
> A Professional Corporation
>
> By: _____
>         KAREN S. FRANK
> Attorneys for Plaintiffs BROADCAST MUSIC, INC., ET AL.

DATED: April ___, 2005.

> LAWRENCE P. RAMIREZ
> RAMIREZ & BROWN LLP
>
> By: _____
>         LAWRENCE P. RAMIREZ
>
> Attorney for Defendants UGUR, INC., d/b/a SPIEDO RISTORANTE and HAMDI UGUR

GRANTED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation for Voluntary Dismissal

**PROOF OF SERVICE BY MAIL**

I am employed in the City and County of San Francisco, State of California. I am over the age of eighteen (18) years and not a party to the within action; my business address is Three Embarcadero Center, 7th Floor, San Francisco, California 94111-4024.

I am readily familiar with the practice for collection and processing of documents for mailing with the United States Postal Service of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

On June 20, 2005, I served the following document(s) described as STIPULATION FOR VOLUNTARY DISMISSAL on the persons listed below by placing the document(s) for deposit in the United States Postal Service through the regular mail collection process at the law offices of Howard Rice Nemerovski Canady Falk & Rabkin, A Professional Corporation, located at Three Embarcadero Center, 7th Floor, San Francisco, California, to be served by mail addressed as follows:

| | |
|---|---|
| Lawrence P. Ramirez, Esq.<br>Brown & Ramirez, LLP<br>The Community Towers<br>111 North Market Street, Suite 1010<br>San Jose, CA  95113 | Harry Weistrop<br>890 Main Street<br>P.O. Box 248 (94019-0248)<br>Half Moon Bay, CA 94019-2180 |

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on June 20, 2005.

Kathleen A. Bliven

W03 157550019/1207331/v2

PROOF OF SERVICE
-1-